UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIO GARCIA,

    Plaintiff,

v.                             Case No. 8:15-cv-753-T-33EAJ

SANTANDER CONSUMER USA, INC.,

    Defendant.
_____/

**ORDER**

This matter is before the Court pursuant to the parties' Joint Stipulation to Arbitrate (Doc. # 10), which was filed on May 6, 2015. Pursuant to agreement of the parties, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

(1) Plaintiff will advance his claims asserted in this lawsuit as provided for in the governing Arbitration Agreement.

(2) This case is dismissed, with each party to bear its own fees and costs.

(3) The Clerk is directed to **CLOSE THIS CASE**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 7th day of May, 2015.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record